# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 19, 2019

## NO. 03-18-00785-CV

**Kyle McCarrell, Appellant**

**v.**

**Whitney Wilcox, Appellee**

## APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER AND TRIANA
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the final order signed by the trial court on November 28, 2018. Having reviewed the record, the Court holds that Kyle McCarrell has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.